# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-3401
_____

ASPIRA RAUL ARNALDO
MARTINEZ CHARTER SCHOOL and
MIAMI COMMUNITY CHARTER
MIDDLE SCHOOL,

    Appellants,

    v.

FLORIDA DEPARTMENT OF
EDUCATION and STATE OF
FLORIDA BOARD OF EDUCATION,

    Appellees.

_____

On appeal from the Division of Administrative Hearings.
Darren A. Schwartz, Judge.

June 21, 2018

PER CURIAM.

    AFFIRMED.

WETHERELL, ROWE, and WINOKUR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Roy D. Wasson of Wasson & Associates, Chartered, Miami, for Appellants.

Matthew H. Mears, General Counsel; Jamie M. Braun and Judy Bone, Assistant General Counsels, Florida Department of Education, Tallahassee, for Appellees.